UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHERI POULSTON,

    Plaintiff,

v.                                    Case No:   2:20-cv-802-JLB-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Renewed Motion & Brief for Attorney Fees pursuant to 42 U.S.C. § 406(b) (Doc. 35) be granted. (Doc. 36). No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff's Renewed Motion & Brief for Attorney Fees pursuant to 42 U.S.C. § 406(b) (Doc. 35) is **GRANTED**.

(3) The Court awards Plaintiff's counsel $14,955.55 in attorney's fees under 42 U.S.C. § 406(b).

(4) The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**ORDERED** in Fort Myers, Florida, on August 30, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE